**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 418 MAL 2015
                  : 
          Respondent    : 
                  :    Petition for Allowance of Appeal from
                  :    the Order of the Superior Court
        v.               : 
                  : 
                  : 
JOEL GAMBLE,              : 
                  : 
          Petitioner     : 

## ORDER

**PER CURIAM**

      **AND NOW**, this 23rd day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.